**DISMISS and Opinion Filed November 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01140-CV

**THE ROMACK COMPANY, HOLMGREN JOHNSON, AND
MITCHELL MADDEN, LLP, Appellants
V.
JP BENT TREE, LP, REC GP, LLC, AND RE CLOSING, LLC, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-06155**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Bridges

Before the Court is appellants' motion to dismiss this appeal. Appellants inform the Court

they no longer desire to prosecute this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

191140F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE ROMACK COMPANY, HOLMGREN JOHNSON, AND MITCHELL MADDEN, LLP, Appellants

No. 05-19-01140-CV     V.

JP BENT TREE, LP, REC GP, LLC, AND RE CLOSING, LLC, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-19-06155.
Opinion delivered by Justice Bridges.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees JP BENT TREE, LP, REC GP, LLC, AND RE CLOSING, LLC recover their costs of this appeal from appellants THE ROMACK COMPANY, HOLMGREN JOHNSON, AND MITCHELL MADDEN, LLP.

Judgment entered November 19, 2019